**MEMO ENDORSED**

# LAW OFFICES
# JOHN S. WALLENSTEIN
1100 Franklin Avenue, Suite 305
Garden City, New York 11530
(516) 742-5600  Fax (516) 742-5040
Email: JSWallensteinEsq@outlook.com

April 17, 2020

**BY ECF**
Hon. Nelson S. Román
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

Re:  United States v. Andre Little
     Docket # 19 CR 276 (NSR) - 02

Dear Judge Román,

As you know, this matter is scheduled for trial in July, 2020. I have expended significant time to date in the defense of this matter, including two recent bail applications including hearings by teleconference. I anticipate that there will be significantly more time required in the preparation for trial, the trial itself, and if Mr. Little is convicted, the sentencing proceedings.

I therefore respectfully request permission to submit interim vouchers in this case, with the first to be submitted as soon as practicable and any subsequent vouchers at 90 day intervals.

Thank you for your courtesy and consideration.

Respectfully yours,

JOHN S. WALLENSTEIN
*Digitally signed by JOHN S. WALLENSTEIN, ESQ. Date: 2020.04.17 12:44:40 -04'00'*

JSW/hs

---

The application is ✓ granted. ___ denied.

Nelson S. Román, U.S.D.J.
Dated: April 20, 2020
White Plains, New York 10601

Clerk of the Court requested to terminate the motion (doc. 34).

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/2020