UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------x

UNITED STATES OF AMERICA

-against-

ANDRE LITTLE,

Defendant.

-----------------------------------------------x

**ORDER**

19 Cr. 276-02 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The C.J.A. attorney assigned to this case ___JOHN WALLENSTEIN___ is hereby ordered substituted
                                              Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to CJ.A. attorney

___DANIEL HOCHHEISER___.
    Attorney's Name

SO ORDERED.

NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New YORK
Sept. 11, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2020