**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                          Plaintiff,           **SCHEDULING ORDER**

    -against-                              19 Cr. 276 (NSR)

ANDRE LITTLE,

                        Defendants.
-------------------------------------------------------------x

TO ALL PARTIES:

      The Court has scheduled a Guilty Plea for October 29, 2020 at 2:00 p.m. before Magistrate Judge Judith C. McCarthy in Courtroom 421. Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have their temperature taken. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: October 22, 2020
       White Plains, New York

                                             **SO ORDERED:**

                                             _/s/ Judith C. McCarthy_
                                             JUDITH C. McCARTHY
                                             United States Magistrate Judge

# ATTENTION:
# ALL ENTERING THE COURTHOUSE

## Instructions for Entering the Courthouse



https://app.certify.me/SDNYPublic

**Step 1:**
Scan this QR code on your phone or visit the website listed to begin the registration process.
**To scan, use your phone camera and click the subsequent link that appears.

**Step 2:**
Fill out the form that appears. Be sure to use a mobile phone number.

**Step 3:**
Complete the Questionnaire. If you answer "yes" to any of these questions, you are denied entry into any SDNY courthouse at this time, per Standing Order 20 Misc. 138. If you have accidentally answered "yes" to a question instead of "no," please call (212) 805-0500 to receive another questionnaire.

**Step 4:**
Use your QR code, sent via text message, to scan in and enter the Courthouse. Proceed to the scanner, scan your QR code, and have your temperature taken via the thermal scanner. If the temperature reading is within the normal range, you may proceed into the Courthouse. If your temperature exceeds the normal range, you are denied entry into any SDNY courthouse at this time, per Standing Order 20 Misc. 138. The QR code will be needed each time you enter the Courthouse throughout the day. The code expires at the end of the day.

**If you have any questions, please call (212) 805-0500