**MEMO ENDORSED**

# Law Offices of
# Daniel A. Hochheiser

2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

January 20, 2021

**Via ECF and email**
Hon. Nelson S. Román
United States District Court
300 Quarropas Street
White Plains, NY 10605

Re: *USA v. Andre Little*, 19 CR 276-02 NSR

Your Honor:

<u>I am assigned counsel to Andre Little. Little is scheduled to be sentenced on February 5, 2021</u>. I <u>request an adjournment of Little's sentence to a date in March or April convenient to the Court.</u>

The reason for the request is: (1) I have not yet received the final Presentence Investigation Report and (2) <u>my client wishes to have his sentence proceeding in person in court</u>. I understand an in-person proceeding would not be likely be possible on February 5, given the ongoing COVID-19 pandemic which continues to limit access to the SDNY White Plains courthouse. I am available during the months of March and April, with the exception of March 29, a date I will be out for the Passover holiday.

<u>I consulted with AUSA Lindsey Keenan via email and the Government does not object to this request</u>.

Respectfully submitted,

Daniel A. Hochheiser

Cc: all counsel via ECF

---

Deft's request to adjourn the in-person Sentencing from Feb. 5, 2021 until Apr. 16, 2021 at 12:00 noon or, alternatively, Apr. 23, 2021 at 12:00 noon is granted without objection by the Gov't. Clerk of Court requested to terminate the motion (doc. 58).
Dated: Jan. 27, 2021

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2021