UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

USA,

    - against -

ANDRE LITTLE,

              Defendant(s).

---------------------------------------------------------x

**RESCHEDULING ORDER**

19 CR 276-02 (NSR)

NELSON S. ROMÁN, D.J.:

    Due to a scheduling conflict with the Court, the in-person Sentencing scheduled for July 7, 2021 or, alternatively, July 8, 2021 is hereby

    ORDERED **rescheduled, with the parties' consent, until July 13, 2021 at 10:45 am or, alternatively, July 13, 2021 at 2:00 pm.**

    In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest**.

Dated:    White Plains, New York
            June 7, 2021

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2021