**MEMO ENDORSED**

**Law Offices of
Daniel A. Hochheiser**
ATTORNEY AT LAW
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

> The Court GRANTS Mr. Hochheiser's request to be re-appointed as CJA counsel for Deft. Andre Little (02) pursuant to Standing Order M10 468 regarding Deft.'s motion for a sentence reduction. Clerk of Court is requested to terminate the motion at ECF No. 102.
> Dated: White Plains, NY
> January 5, 2024
>
> SO ORDERED:
> *(signature)*
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

January 2, 2024

**Via ECF and email**
Hon. Nelson S. Román
United States District Court
300 Quarropas Street
White Plains, NY 10605

Re:   *USA v. Andre Little*, 19 CR 276-02 NSR
      <u>REQUEST FOR CJA RE-APPOINTMENT OF COUNSEL</u>

Your Honor:

    I request that Your Honor re-appoint me as counsel to represent Andre Little pursuant to the Criminal Justice Act and Standing Order M10-468 (In Re Retroactive Application of Amendment 821 U.S. Sentencing Guidelines Manual) signed by SDNY Chief Judge Swain on 10/31/2023.

    The purpose of this request is to seek permission for re-appointment as counsel to Little in order to move this Court for a sentence reduction in light of the change to Guidelines §4A1.1(e)(2023) which changes Little's criminal history category from IV to III and his Guidelines range from 84 to 105 months to 70 to 87 months. ECF 101.

Respectfully submitted,

*(signature)*

Daniel A. Hochheiser

Cc: all counsel via ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/05/2024